# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

|  |  |  |
|---|---|---|
| KENNETH D. BELL, in his capacity as court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com, | ) ) ) ) ) | |
| Plaintiff, | ) ) | No. 3:15-cv-137 |
| vs. | ) ) | |
| USHBB, INC., JAMES A. MOORE, OSCAR H. BROWN, and ROBERT MECHAM, | ) ) ) | |
| Defendants. | ) ) ) | |

## ENTRY OF DEFAULT

It appearing that the Complaint was filed in this case on March 27, 2015; that the Summons and Complaint were duly served upon the Defendant, USHBB, Inc.; and that no answer or other pleading has been filed by said Defendant as required by law;

Therefore, upon request of the Plaintiff, default is hereby entered against the Defendant, USHBB, Inc., as provided in Federal Rule of Civil Procedure 55(a).

_____
Frank G. Johns, Clerk
United States District Court