IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| KENNETH D. BELL, in his capacity as court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com, <br><br> Plaintiff, <br><br> vs. <br><br> USHBB, INC., JAMES A. MOORE, OSCAR H. BROWN, and ROBERT MECHAM, <br><br> Defendants. | No. 3:15-cv-137 |

## ENTRY OF DEFAULT

It appearing that the Complaint was filed in this case on March 27, 2015; that the Summons and Complaint were duly served upon the Defendant, James A. Moore; and that no answer or other pleading has been filed by said Defendant as required by law;

Therefore, upon request of the Plaintiff, default is hereby entered against the Defendant, James A. Moore, as provided in Federal Rule of Civil Procedure 55(a).

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court