# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| KENNETH D. BELL, in his capacity as court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com, <br><br> Plaintiff, <br><br> vs. <br><br> USHBB, INC., JAMES A. MOORE, OSCAR H. BROWN, and ROBERT MECHAM, <br><br> Defendants. | Civil Action No. 3:15-cv-137 |

## ORDER

THIS MATTER is before the Court upon the Receiver's Motion for Extension of Time to Serve Defendant (Doc. No. 7). The Court is satisfied that the Receiver has made sufficient efforts thus far warranting an additional specified time pursuant to Rule 4(m) within which to serve Mr. Brown. The Court in its discretion will grant the Receiver an additional 60 days, until September 26, 2015, to serve Defendant Brown.

IT IS, THEREFORE, ORDERED that the Receiver shall be allowed up to and through September 26, 2015 to serve Mr. Brown with the Summons and Complaint in this matter.

Graham C. Mullen
United States District Judge