IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

KENNETH D. BELL, in his capacity as court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com,

    Plaintiff,

vs.

USHBB, INC., JAMES A. MOORE, OSCAR H. BROWN, and ROBERT MECHAM,

    Defendants.

No. 3:15-cv-137

## ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE PURPORTED ANSWER AND DEFAULT JUDGMENT AGAINST USHBB, INC.

For good cause, the Court hereby GRANTS the Receiver's Motion to Strike and strikes Defendant USHBB, Inc.'s Answer, as USHBB, Inc. is a corporate defendant not represented by counsel in this matter. In addition, the Court GRANTS the Receiver's Motion for Default Judgment (Doc. No. 14) and hereby enters judgment against USHBB, Inc. in favor of Receiver. The Court shall hold a hearing on Dec. 2, 2015 regarding the amount of the damages award.

Signed: 23 Nov 2015

Graham C. Mullen
United States District Judge