# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## 3:15-CV-137-GCM

| | |
|---|---|
| **KENNETH D. BELL, as Receiver** ) | |
| **For Rex Ventures,** ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| ) | |
| **USHBB, Inc., James A. Moore,** *et al,* ) | |
| Defendants ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Robert J. Nice,** filed June 10, 2016 [doc. # 22].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Mr. Nice is admitted to appear before this court *pro hac vice* on behalf of Defendant, James A. Moore.

**IT IS SO ORDERED.**

Signed: June 13, 2016

Graham C. Mullen
United States District Judge