# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:15-cv-137-GCM

| | |
|---|---|
| **KENNETH D. BELL, in his capacity** ) <br> **As court- appointed Receiver for** ) <br> **Rex Venture Group, LLC** ) <br> **d/b/a ZeekRewards.com,** ) <br>       **Plaintiff,** ) <br> ) <br> **v.** ) <br> ) <br> **USHBB, INC., JAMES A. MOORE,** ) <br> **OSCAR H. BROWN, and** ) <br> **ROBERT MECHAM** ) <br>       **Defendants.** ) | **ORDER** |

THIS MATTER IS BEFORE THE COURT ON ITS OWN MOTION. The trial in this matter is RE-SET for **February 13, 2017** in Courtroom #2-2.

IT IS SO ORDERED.

Signed: October 18, 2016

Graham C. Mullen
United States District Judge