IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-cv-137-GCM

| | | |
|---|---|---|
| KENNETH D. BELL, in his capacity as court-appointed Receiver for Rex Venture Group, LLD d/b/a ZeekRewards.com, | )<br>)<br>)<br>)<br>) | |
| v. | )<br>) | ORDER |
| USHBB, INC., JAMES A. MOORE, OSCAR H. BROWN, and ROBERT MECHAM,<br>      Defendants. | )<br>)<br>)<br>) | |

THIS MATTER IS BEFORE THE COURT ON ITS OWN MOTION. The trial in this matter is RE-SET for **May 15, 2017** in Courtroom #2-2.

IT IS SO ORDERED.

Signed: January 9, 2017

Graham C. Mullen
United States District Judge