IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| KENNETH D. BELL, in his capacity as court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com, SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>USHBB, INC., JAMES A. MOORE, OSCAR H. BROWN, and ROBERT MECHAM,<br><br>Defendants. | No. 3:15-CV-137 |

## ORDER GRANTING RECEIVER'S MOTION TO APPROVE SETTLEMENT AGREEMENTS WITH OSCAR H. BROWN AND ROBERT MECHAM

This matter is before the Court upon the Receiver's Motion to Approve Settlement Agreements with Oscar H. Brown and Robert Mecham filed May 31, 2018. The Court has reviewed the motion and proposed settlements and finds that the proposed settlements are fair and equitable and are in the best interests of the Zeek victims. Accordingly, the Court will grant the motion.

**ORDER**

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that:

1. the Receiver's Motion to Approve Settlement Agreements with Oscar H. Brown and Robert Mecham is hereby **GRANTED**; and

1

2. the Settlement Agreements attached to the motion are approved, and the Receiver is hereby authorized to perform according to the terms of that Settlement Agreements.

Signed: June 8, 2018

Graham C. Mullen
United States District Judge